■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH J. GARTLER, Appellant. [963 NYS2d 904]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered January 26, 2010. The judgment convicted defendant, upon a jury verdict, of driving while intoxicated, a class E felony, and driving while ability impaired.

It is hereby ordered that the judgment so appealed from is unanimously affirmed for reasons stated in the decision at County Court. Present—Smith, J.P., Fahey, Peradotto, Lindley and Whalen, JJ.